# GIBSON DUNN

Harris M. Mufson
Partner
T: +1 212.351.3805
M: +1 917.922.1740
hmufson@gibsondunn.com

July 8, 2025

<u>VIA ECF</u>

Hon. Arun Subramanian
United States District Court for the Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007

Re:   *J.R. Automation Technologies, LLC v. Cook et al.,* Case No. 1:25-cv-03417-AS

Dear Judge Subramanian:

We represent Defendants Tim Cook, Carlos Cruz, Eric Bert, John Rokus, David MacPhail, Kevin Wilson, and Frank Lazowski (collectively, "Defendants") in the above-captioned action.

We write together with Plaintiff's counsel to jointly request that the Court adjourn the July 30, 2025 initial pre-trial conference (Dkt. 18) until after September 12, 2025—the date the Defendants are due to respond to the Amended Complaint.

The parties are currently engaged in discussions in an effort to potentially resolve or narrow Plaintiff's claims before Defendants are required to respond to the Amended Complaint. Accordingly, the requested extensions will save the resources of the Court by allowing the parties to continue to engage in case management discussions that may potentially narrow the issues before the Court.

This is the parties' first joint request for an extension of these deadlines. The Amended Complaint was filed on June 13, 2025. Dkt. 22. The Court previously granted Defendants' request to adjourn their response deadline to September 12, 2025. Dkt. 34. The parties' next scheduled appearance before the Court is the July 30, 2025 initial pre-trial conference.

Thank you for your consideration.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Harris M. Mufson*

Harris M. Mufson
Partner

cc:   All counsel of record (via ECF)

---

The request is GRANTED. The initial pretrial conference is adjourned to September 15, 2025. Same time, same dial-in information.

The Clerk of Court is directed to terminate the motion at Dkt. 35.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: July 9, 2025