# VARNUM

Bridgewater Place | Post Office Box 352
Grand Rapids, Michigan 49501-0352

Telephone 616 / 336-6000 | Fax 616 / 336-7000 | www.varnumlaw.com

**Timothy P. Monsma**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Direct 616 / 336-6830
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　tpmonsma@varnumlaw.com

September 9, 2025

Hon. Arun Subramanian
United States District Court for the Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007

　　　　Re:　　*J.R. Automation Technologies, LLC v. Cook et al.*, Case No. 1:25-cv-03417-AS

Dear Judge Subramanian:

　　　　I write on behalf of all of the parties with respect to certain preliminary pleading and case management deadlines in the above-referenced action.

　　　　As the Court is aware, Plaintiff filed its First Amended Complaint on June 13, 2025. Defendants' response to the First Amended Complaint is currently due on September 12, 2025. Over the last few months, the parties have continued to meet and confer with regard to a number of case management issues, including the Plaintiff's desire to request leave to file a Second Amended Complaint.

　　　　The Defendants do not object to such a request, although they have indicated that they intend to file a motion to dismiss. The parties are currently scheduled to appear before the Court on September 15, 2025, for an initial pretrial conference. One week before that conference, the parties are due to submit a joint letter with a proposed Civil Case Management Plan and Scheduling Order.

　　　　We believe that judicial economy would be served by adjourning the initial pretrial conference to allow the pleadings to be finalized and to allow Defendants' anticipated motion to be filed and briefed. The parties therefore respectfully request that the Court enter an order setting the following pleading and briefing schedule: Plaintiff to file a Second Amended Complaint by September 12, 2025; Defendants to file their motion to dismiss by October 3, 2025; Plaintiff's response to Defendants' motion to be filed by October 31, 2025; and Defendants' reply to be filed by November 21, 2025. The parties further respectfully request that the initial case management conference be adjourned to a date after October 3, 2025.

　　　　This is the parties' first joint request for an extension of these deadlines, and the parties do not believe that such an adjournment will materially delay the resolution of this matter.

　　　　We thank you for your consideration.

September 9, 2025
Page 2

Sincerely yours,

**VARNUM**

*[signature]*

Timothy P. Monsma

TPM/mke

Cc: All counsel of record (via ECF)

> The request is GRANTED. The proposed schedule is adopted and the the initial pretrial conference is adjourned to October 7, 2025. Same time, same dial-in information. No further adjournments will be granted.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 38.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Dated: September 9, 2025

27912132