UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.R. Automation Technologies, LLC,<br><br>                    Plaintiff,<br><br>    -against-<br><br>Cook et al,<br><br>                    Defendants. | 25-cv-3417 (AS)<br>This order applies to all related cases<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      In this case and in the four related cases, plaintiffs may file amended complaints by October 28, 2025, and defendants may file amended motions to dismiss those amended complaints by November 18, 2025. Those amended motions may be in the form of letters addressing any new issues raised by the amendment and otherwise incorporating by reference the prior motions to dismiss.

      SO ORDERED.

Dated: October 8, 2025
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge